No. 79–5964. METHENY v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 79–5977. COLEMAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 79–6012. GELESTINO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 79–6040. BEEDE v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 79–6053. WALKER v. UNITED STATES; and
No. 79–6063. MACK v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–6070. LYNN ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–6085. CAREY v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 79–6087. TORRES v. ROMERO, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 79–6092. LILLIBRIDGE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 79–6097. DUKE v. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied.

No. 79–6098. McGRUDER v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.